# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 27, 2015

## NO. 03-14-00039-CV

Tower Car Wash, Inc., Appellant

v.

Westport Group, Inc., Appellee

**APPEAL FROM THE 368TH DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
DISMISSED ON JOINT MOTION -- OPINION BY JUSTICE BOURLAND**

This is an appeal from the judgment signed by the trial court on October 24, 2013. The parties have filed a joint motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.